UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, | No. 2:17-cv-0216 CKD |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

The complaint in this action alleges that plaintiff is a resident of "County, California." The name of the specific county is not alleged. To determine whether venue is appropriate in this court, plaintiff must allege the county of plaintiff's residence. Plaintiff will therefore be directed to file an amended complaint.

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. No later than February 17, 2017, plaintiff shall file an amended complaint alleging the county of plaintiff's residence.

1

1   2. Plaintiff's request to proceed in forma pauperis is granted.

2   3. The Clerk of the Court is directed to serve the undersigned's scheduling order in social
3   security cases.

4   4. The Clerk of the Court is further directed to serve a copy of this order on the United
5   States Marshal.

6   5. Within fourteen days from the date of this order, plaintiff shall submit to the United
7   States Marshal a completed summons and copies of the complaint and to file a statement with the
8   court that said documents have been submitted to the United States Marshal.

9   6. The United States Marshal is directed to serve all process without prepayment of costs
10  not later than sixty days from the date of this order.  Service of process shall be completed by
11  delivering a copy of the summons and complaint to the United States Attorney for the Eastern
12  District of California, and by sending a copy of the summons and complaint by registered or
13  certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ.
14  P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by
15  registered or certified mail to the Commissioner of Social Security, c/o Office of the General
16  Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.  <u>See</u> Fed. R.
17  Civ. P. 4(i)(2).

18  Dated:  February 1, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21  4 thompson0216.ifp.ss

2