KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P.O. BOX 1193
ARCATA, CA 95518
(707)822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA THOMPSON,

       Plaintiff,

     vs.

NANCY A. BERRYHILL, Acting Commissioner

of Social Security,

       Defendant.

Civil No.:  2:17-cv-0216 CKD

**STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S FIRST REQUEST FOR EXTENSION OF TIME**

     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Laura Thompson may have an extension until August 7, 2017, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines will be extended accordingly.  This is Plaintiff's first request and is due to Plaintiff's counsel's health conditions.

Dated:  July 7, 2017

*/s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

//

1

2

3     Dated:  July 7, 2017

4

PHILLIP A. TALBERT
United States Attorney

/s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant

5

6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8     Dated:  July 10, 2017

9

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24