| | |
|---|---|
| 1 | KENNETH J. COLLINS, CSBN 100579 |
| | ATTORNEY AT LAW |
| 2 | P.O. BOX 1193 |
| | ARCATA, CA 95518 |
| 3 | (707)822-1611 FAX (707) 822-1044 |
| | EMAIL: aew1950@yahoo.com |
| 4 | |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, | Civil No.: 2:17-cv-0216 CKD |
| Plaintiff, | **STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Laura Thompson may have an extension until September 7, 2017, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines will be extended accordingly. This is Plaintiff's second request and is due to Plaintiff's counsel's health conditions.

Dated: August 7, 2017                                       */s/ Kenneth J. Collins*
                                                                           KENNETH J. COLLINS
                                                                           Attorney for Plaintiff

//

PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ Richard M. Rodriguez
Dated: August 7, 2017                       RICHARD M. RODRIGUEZ
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 8, 2017

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE