KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P.O. BOX 1193
ARCATA, CA 95518
(707)822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON, | Civil No.: 2:17-cv-0216 CKD |
| Plaintiff, | **STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Laura Thompson may have an extension until October 6, 2017, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines will be extended accordingly. This is Plaintiff's third request and is due to Plaintiff's counsel's health conditions.

Plaintiff's counsel requested this stipulation on September 7, 2017, but did not receive approval until September 8, 2017.

Dated: September 7, 2017

*/s/ Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney

Dated: September 8, 2017

/s/ Marcello Illarmo
MARCELLO ILLARMO on behalf of
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE