KENNETH J. COLLINS, CSBN 100579
ATTORNEY AT LAW
P.O. BOX 1193
ARCATA, CA 95518
(707)822-1611 FAX (707) 822-1044
EMAIL: aew1950@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA THOMPSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.: 2:17-cv-0216 CKD<br><br>**STIPULATION AND ORDER IN SUPPORT OF PLAINTIFF'S FOURTH REQUEST FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Laura Thompson may have an extension until November 6, 2017, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines will be extended accordingly. Plaintiff's counsel apologizes to the Court for the delays. Counsel has just finished six months of chemotherapy and has struggled to maintain the caseload of a solo practitioner. We anticipate this will be the last such extension request.

Dated: October 6, 2017                    */s/ Kenneth J. Collins*
                                          KENNETH J. COLLINS
                                          Attorney for Plaintiff

|   |   |   |
|---|---|---|
| | | PHILLIP A. TALBERT
United States Attorney |
| Dated: October 6, 2017 | | */s/ Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Attorneys for Defendant
(authorized by email) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE